# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Marcelo Luizaga-Carballo<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:22-MJ-176<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 7, 2022__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252(a)(2) | Receipt and Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of HSI SA Corey J. Bolsei, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Laura D. Withers
*Printed name and title*

COREY J BOLSEI  *Digitally signed by COREY J BOLSEI*
*Date: 2022.07.08 14:07:06 -04'00'*
*Complainant's signature*

Corey Bolsei, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 

City and state:  Alexandria, Virginia

*Digitally signed by Ivan Davis*
*Date: 2022.07.08 14:25:14 -04'00'*
*Judge's signature*

Hon. Ivan D. Davis, United States Magistrate Judge
*Printed name and title*